AUSTIN M. PATTNER, M.D. v. HOLY NAME HOSPITAL.

March 15, 1983.

Petition for certification denied.

ROR CONSTRUCTION CORPORATION v. FRIENDSHIP HOUSE.

March 15, 1983.

Petition for certification denied.

MICHAEL WILLIAMS v. HENRY KATZ AND FLORENCE KATZ.

March 15, 1983.

Petition for certification denied.